FILED

JAN 21 2026

U.S. DISTRICT COURT- NDWV
MARTINSBURG, WV 25401

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> RODNEY HARRY AUGUSTINE, aka Rob, aka O, aka Oso, <br> BRENTON DANIEL BERENS, <br> SHANNON LYNN SMITH, and <br> ELVIRA HERNANDEZ MEMBRENO, <br><br> Defendants. | Criminal No. 3:26-CR-1 <br><br> Violations: <br> 18 U.S.C. § 2 <br> 21 U.S.C. § 841(a)(1) <br> 21 U.S.C. § 841(b)(1)(A) <br> 21 U.S.C. § 841(b)(1)(B) <br> 21 U.S.C. § 841(b)(1)(C) <br> 21 U.S.C. § 846 |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Conspiracy to Possess with Intent to Distribute and to Distribute 100 Grams or More of a Mixture or Substance Containing a Detectable Amount of any Analogue of Fentanyl)

From on or about November 1, 2024 through June 30, 2025, in Berkeley County, in the Northern District of West Virginia, and elsewhere, defendants **RODNEY HARRY AUGUSTINE, aka Rob, aka O, aka Oso, BRENTON DANIEL BERENS,** and **SHANNON LYNN SMITH,** did unlawfully, knowingly, intentionally, and without authority combine, conspire, confederate, agree and have a tacit understanding with each other and other persons to violate Title 21, United States Code, Section 841(a)(1). It was a purpose and object of the conspiracy to possess with intent to distribute and to distribute a mixture and substance containing a detectable amount of any analogue of fentanyl, specifically o-Methyl Fentanyl, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

1

## COUNT TWO

(Conspiracy to Possess with Intent to Distribute and to Distribute 500 Grams or More of Cocaine Hydrochloride)

From on or about November 1, 2024 through June 30, 2025, in Berkeley County, in the Northern District of West Virginia, and elsewhere, defendant **RODNEY HARRY AUGUSTINE, aka Rob, aka O, aka Oso,** did unlawfully, knowingly, intentionally, and without authority combine, conspire, confederate, agree and have a tacit understanding with other persons to violate Title 21, United States Code, Section 841(a)(1). It was a purpose and object of the conspiracy to possess with intent to distribute and to distribute a mixture and substance containing a detectable amount of 500 grams or more of cocaine hydrochloride, also known as "coke," a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(B).

## COUNT THREE

(Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine Hydrochloride, Cocaine Base, and Fentanyl Mixture)

From on or about November 1, 2024 through June 30, 2025, in Berkeley County, in the Northern District of West Virginia, and elsewhere, defendants **RODNEY HARRY AUGUSTINE, aka Rob, aka O, aka Oso, BRENTON DANIEL BERENS, SHANNON LYNN SMITH,** and **ELVIRA HERNANDEZ MEMBRENO,** did unlawfully, knowingly, intentionally, and without authority combine, conspire, confederate, agree and have a tacit understanding with each other and other persons to violate Title 21, United States Code, Section 841(a)(1).  It was a purpose and object of the conspiracy to possess with intent to distribute and to distribute a mixture and substance containing a detectable amount of cocaine hydrochloride, also known as "coke," cocaine base, also known as "crack," and a fentanyl mixture, all Schedule II controlled substances; in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(C).

## COUNT FOUR

(Distribution of Cocaine Base)

On or about May 28, 2025, in Berkeley County, in the Northern District of West Virginia, defendant **BRENTON DANIEL BERENS**, did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance, in exchange for a sum of United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## **COUNT FIVE**

(Distribution of Fentanyl Mixture)

On or about May 28, 2025, in Berkeley County, in the Northern District of West Virginia, defendant **BRENTON DANIEL BERENS**, did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in exchange for a sum of United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SIX

(Distribution of Cocaine Hydrochloride)

On or about May 28, 2025, in Berkeley County, in the Northern District of West Virginia, defendant **RODNEY HARRY AUGUSTINE, aka Rob, aka O, aka Oso**, did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of cocaine hydrochloride, also known as "coke," a Schedule II controlled substance, in exchange for a sum of United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SEVEN

(Distribution of Cocaine Base)

On or about May 28, 2025, in Berkeley County, in the Northern District of West Virginia, defendant **RODNEY HARRY AUGUSTINE, aka Rob, aka O, aka Oso**, did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance, in exchange for a sum of United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT EIGHT

(Distribution of 100 Grams or More of a Mixture or Substance Containing a Detectable Amount of any Analogue of Fentanyl)

On or about May 28, 2025, in Berkeley County, in the Northern District of West Virginia, defendant **RODNEY HARRY AUGUSTINE, aka Rob, aka O, aka Oso**, did unlawfully, knowingly, intentionally, and without authority, distribute 100 grams or more of a mixture or substance containing a detectable amount of any analogue of fentanyl, specifically o-Methyl Fentanyl, a Schedule I controlled substance, in exchange for a sum of United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## **COUNT NINE**

(Possession with Intent to Distribute 100 Grams or More of a Mixture or Substance Containing a Detectable Amount of any Analogue of Fentanyl)

On or about May 28, 2025, in Berkeley County, in the Northern District of West Virginia, defendants **BRENTON DANIEL BERENS** and **SHANNON LYNN SMITH**, did unlawfully, knowingly, intentionally, and without authority, possess with intent to distribute a mixture and substance containing a detectable amount of 100 grams or more of any analogue of fentanyl, specifically o-Methyl Fentanyl, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT TEN

(Aiding and Abetting Distribution of 28 Grams or More of Cocaine Base)

On or about June 6, 2025, in Berkeley County, in the Northern District of West Virginia, and elsewhere, defendants **RODNEY HARRY AUGUSTINE, aka Rob, aka O, aka Oso,** and **ELVIRA HERNANDEZ MEMBRENO**, aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of 28 grams or more of cocaine base, also known as "crack," a Schedule II controlled substance, in exchange for a sum of United States currency; in violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT ELEVEN

(Aiding and Abetting Distribution of Cocaine Hydrochloride)

On or about June 6, 2025, in Berkeley County, in the Northern District of West Virginia, and elsewhere, defendants **RODNEY HARRY AUGUSTINE, aka Rob, aka O, aka Oso,** and **ELVIRA HERNANDEZ MEMBRENO**, aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of cocaine hydrochloride, also known as "coke," a Schedule II controlled substance, in exchange for a sum of United States currency; in violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## **COUNT TWELVE**

(Aiding and Abetting Distribution of 28 Grams or More of Cocaine Base)

On or about June 13, 2025, in Berkeley County, in the Northern District of West Virginia, and elsewhere, defendants **RODNEY HARRY AUGUSTINE, aka Rob, aka O, aka Oso,** and **ELVIRA HERNANDEZ MEMBRENO**, aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of 28 grams or more of cocaine base, also known as "crack," a Schedule II controlled substance, in exchange for a sum of United States currency; in violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT THIRTEEN

(Aiding and Abetting Distribution of Cocaine Hydrochloride)

On or about June 13, 2025, in Berkeley County, in the Northern District of West Virginia, and elsewhere, defendants **RODNEY HARRY AUGUSTINE, aka Rob, aka O, aka Oso, and ELVIRA HERNANDEZ MEMBRENO**, aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of cocaine hydrochloride, also known as "coke," a Schedule II controlled substance, in exchange for a sum of United States currency; in violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATION

*Controlled Substance Act*

Pursuant to Title 21, United States Code, Section 853 and Title 21, United States Code, Section 841, the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any property used, or intended to be used, to commit or to facilitate the commission of the above referenced offense, and any property constituting, or derived from, proceeds obtained directly or directly, as a result of such offense a Beretta .32 caliber Tomcat pistol bearing serial number DAA003969CA; a magazine; six rounds of ammunition; $1,014 in United States currency seized on June 23, 2025; five Western Union money orders dated June 20, 2025 and seized on June 30, 2025 with a collective value of $2,500; and eighteen MoneyGram money orders dated June 20, 2025 and seized on June 30, 2025 with a collective value of $17,500.

A true bill,

/s/_____
Grand Jury Foreperson

/s/_____
MATTHEW L. HARVEY
United States Attorney

Lara K. Omps-Botteicher
Morgan S. McKee
Assistant United States Attorneys